**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-7216**

LARRY LEE THOMPSON,

Plaintiff - Appellant,

versus

BARBARA K. HOWE, individually and in her offi-
cial capacity as Circuit Court Administrative
Judge; EDWARD DEWATERS, individually and in
his official capacity as Chief Circuit Court
Judge; SUZANNE MENSH, individually and in her
official capacity as Chief Clerk; ALAN M. WIL-
NER, individually and in his official capacity
as Chief Judge,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. M. J. Garbis, District Judge. (CA-96-1821-
MJG)

Submitted:  November 21, 1996      Decided:  December 6, 1996

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Larry Lee Thompson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant, a Maryland state inmate, appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint under 28 U.S.C. § 1915(d) (1994), amended by Prison Litigation Reform Act, Pub. L. No. 104-134, 110 Stat. 1321 (1996). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. Thompson v. Howe, No. CA-96-1821-MJG (D. Md. July 9, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED